UNITED STATES of America, Plaintiff–Appellee,

v.

Anthony CHALK, Defendant–Appellant.

No. 12–6775.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2012.

Decided: Nov. 5, 2012.

Anthony Chalk, Appellant Pro Se. Jimmie Ewing, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Chalk appeals the district court's order denying his motion under 18 U.S.C. § 3582(c)(2) (2006) for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Chalk,* No.

389

0:04–cr–00657–JFA–6 (D.S.C. Mar. 29, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*